Chen, Solicitor, and Joseph G. Piccolo, Associate Solicitor.

RADER, ARCHER, and GAJARSA, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Assistant Director. Of counsel on the brief was Steven A. Edwards, Attorney, United States Department of the Army, of Fort Knox, KY.

LOURIE, LINN and MOORE, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed.Cir.R.36.

**Francisco JARDIM, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2009–3112.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2009.

Daniel M. Kininmonth, Law Offices of Daniel M. Kininmonth, of Louisville, KY, argued for petitioner.

David S. Silverbrand, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt,

**Mona PRADIER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2009–3007.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2009.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, MD, for petitioner.

Matthew H. Solomson, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With